**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

**In RE:**

MARSHA ANN BATTEE

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 8

**Case Number:** 26-00093

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Capital One Auto Finance, a division of Capital One, N.A.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:
Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC
P.O. Box 4360
Houston, TX 77210

TO:
Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC
PO Box 661381
Dallas,TX 75266-1381

Date: 07/24/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Capital One Auto Finance, a division of Capital One, N.A.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

**In RE:**

**Chapter:** 13

MARSHA ANN BATTEE

**Case Number:** 26-00093

**Debtor(s)**

## Certificate of Service

I certify that on 07/24/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
WILLIAM C JOHNSON JR
WCJJATTY@YAHOO.COM

Trustee
REBECCA A HERR
ecf@ch13md.com

/s/ Rohan Pardeshi

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com