Robert W. Lannan (D.D.C. Bar No. 454965)
Lannan Legal PLLC
Washington, D.C. 20006
Telephone: (202) 223-8901
e-mail: robert.lannan@lannanlegal.com

*Counsel to the Creditor Tauqilla Manning*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re:

**MARSHA ANN BATTEE**, Case No. 26-00093-ELG

Debtor Chapter 13

**NOTICE OF OBJECTION TO CONFIRMATION**
**<u>AND OF OPPORTUNITY TO RESPOND TO OBJECTION AND REQUEST HEARING</u>**

Tauqilla Manning has filed papers with the court objecting to confirmation of the Amended Chapter 13 Plan filed by Marsha Ann Battee in the above-captioned case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before August 19, 2026, you or your attorney must file with the court a request for a hearing and, if you wish, a written response, at:

United States Bankruptcy Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Attn: Clerk

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:

Robert W. Lannan
Lannan Legal PLLC
1717 K Street, N.W., Suite 900
Washington, D.C. 20006

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

**TAUQILLA MANNING**

Dated: August 11, 2025

***/s/ Robert W. Lannan***
by: ________________________________

Robert W. Lannan (D.D.C. Bar. No. 454965)
Lannan Legal PLLC
1717 K Street, N.W., Suite 900
Washington, D.C. 20006
Tel.: (202) 223-8901
Fax: (202) 747-7760
Email: robert.lannan@lannanlegal.com

*Counsel to the Creditor Tauqilla Manning*