**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re:

**MARSHA ANN BATTEE**, Case No. 26-00093-ELG

Debtor Chapter 13

**ORDER DENYING CONFIRMATION OF AMENDED CHAPTER 13 PLAN**

This matter coming before the Court upon the objection (the "**Objection**") of unsecured creditor Tauqilla Manning to confirmation of the Amended Chapter 13 Plan filed by Marsha Ann Battee on July 20, 2026 (the "**Plan**"), the Court having been advised on the premises and having considered any response to the Objection,

THE COURT FINDS that the Plan fails to meet the requirements of 11 U.S.C. § 1325(b)(1), and therefore

THE COURT HEREBY ORDERS that confirmation of the Plan is denied.

[Signed and dated above]

Copies to: Debtor; Tauqilla Manning, Chapter 13 Trustee, Office of the United States Trustee and recipients of e-notification of orders, all by CM/ECF