Local Official Form 105

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLUMBIA**

**In re: MARSHA ANN BATTEE,** | **Case No. 26-00093-ELG**

**Chapter 13**

**Debtor.**

## CERTIFICATION BY DEBTOR(S) REQUESTING CONFIRMATION OF PLAN AND COMPLIANCE WITH REQUIREMENTS OF 11 U.S.C. § 1325

I/We, Marsha Ann Battee, upon oath or affirmation, certify as to the following:

1. That the below information is supplied for compliance with the confirmation date set for August 20, 2026.

2. Select one:

A. **X** Since the filing of this bankruptcy case, I/we have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation [as that term is defined in 11 U.S.C. § 101(14A)].

B. I/We have paid all amounts that first became due and payable after the filing of this bankruptcy case which I/we were required to pay under a domestic support obligation (as that term is defined in 11 U.S.C. § 101(14A)), as required by 11 U.S.C. § 1325(a)(8).

3. I/We have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308.

By signing this certification requesting confirmation of Chapter 13 plan, I/we acknowledge that all of the above statements are true and accurate and that the Court may rely upon the truth of each of these statements in determining whether to confirm my/our Chapter 13 Plan. I/We understand that the court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate. **I/. We are aware that if any of the foregoing statements made are willfully false, I/we may be subject to punishment for perjury.**

Signed:

DocuSigned by:
Marsha Battee 8/21/2026
/s/ 477C6080344F406...

Debtor

/s/ ______________________

Debtor