**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

IN RE:

**MARSHA ANN BATTEE,**

Debtor.

Case No. **26-00093-ELG**
Chapter 13

**ORDER CONFIRMING PLAN**

The Chapter 13 Plan ("Plan") at ECF 42 filed by the Marsha Ann Battee ("Debtor") on July 20, 2026, having been transmitted to all creditors; an Objection having been filed by Tauqilla Manning at ECF 44 on August 11, 2026; upon the recommendation of the Chapter 13 Trustee; and after a hearing on the merits having been concluded on August 20, 2026, the Court finds that the Plan meets each of the requirements of 11 U.S.C. § 1325(a).

It is, therefore, by the United States Bankruptcy Court for the District of Columbia, **ADJUDGED**, **ORDERED**, and **DECREED:**

1. The Debtor's plan is hereby **CONFIRMED**.

2. On December 24, 2025, and each month thereafter until further order of this Court, the Debtor shall pay to the Chapter 13 Trustee, Rebecca A. Herr via **TFS/WAGE WITHHOLDING/DIRECT PAYMENT** at P.O.Box 853, Memphis, TN 38101-0853 the sum of $600.00 per month for 18 months and then $4,525.31 per month for the remaining 42 months of the Plan, for a total of 60 months, or until all allowed claims are paid in full.

3. Debtor shall file all federal and state income tax returns on or before the due date, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

4. Debtor shall notify the Trustee and this Court in writing of any change in address

and/or employment/income source within ten (10) days of the change.

5. Debtor shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, whether unsecured or secured, except upon written notice and approval from the Trustee. Nothing herein shall prohibit the Debtor from filing a motion for Court approval indebtedness in any amount.

6. Special Provisions: Paragraph 2.5 of the plan is changed from $36,000.00 to the following: "The Total amount of estimated payments to the trustee provided for in Parts 2.1 and 2.4 and required to payoff all allowed general claims is $203,885.00."

I ASK FOR THIS:

/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:
*Debtor*
*Debtor's Attorney*
*Trustee*
*Recipients of electronic notice*

**END OF ORDER**