**22ntcftrn**

In Re: **Marsha Ann Battee**

United States Bankruptcy Court for the
District of Columbia

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280

www.dcb.uscourts.gov

Case No.: **26−00093−ELG**

Chapter: **13**

## NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT

A transcript of the proceeding held on 8/20/2026 was filed on 8/21/2026 . The following deadlines apply:

1. The parties have until 8/28/2026 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037−1 is 9/11/2026 [21 days from the date of filing of the transcript].

2. If a Request for Redaction is filed, the redacted transcript is due 9/21/2026 [31 days from the date of filing the request for redaction].

3. If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/19/2026 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

For the Court:

Angela D. Caesar

Dated: 8/21/26

By:
am

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.