**22ntcftrn**

In Re: **Marsha Ann Battee**

Case No.: **26−00093−ELG**

Chapter: **13**

United States Bankruptcy Court for the
District of Columbia

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280

www.dcb.uscourts.gov

**NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT**

================================================

A transcript of the proceeding held on 8/20/2026 was filed on 8/21/2026 . The following deadlines apply:

1. The parties have until 8/28/2026 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037−1 is 9/11/2026 [21 days from the date of filing of the transcript].

2. If a Request for Redaction is filed, the redacted transcript is due 9/21/2026 [31 days from the date of filing the request for redaction].

3. If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/19/2026 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

For the Court:

Angela D. Caesar

Dated: 8/21/26

By:
am

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.

United States Bankruptcy Court
District of Columbia

In re:
Marsha Ann Battee
Debtor

Case No. 26-00093-ELG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Aug 21, 2026 Form ID: ntcftrn Total Noticed: 4

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Kevin D. Judd, 601 Pennsylvania Avenue, NW, Suite 900 - South Building, Washington, DC 20004-2601 |
| aty | + | Robert W Lannan, Lannan Legal PLLC, 1717 K St., NW, Suite 900, DC Washington, DC 20006-5349 |
| aty | + | William C. Johnson, Jr., The Johnson Law Group, LLC, 6305 Ivy Lane,, Suite 630, 20770 Greenbelt, MD 20770-1465 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 21 2026 23:14:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Diana Margeaux Thomas | on behalf of Creditor Tauqilla Manning mthomas@thomaslawplc.com jgoodwin@thomaslawplc.com |
| Kevin D. Judd | on behalf of Debtor Marsha Ann Battee bkadmin@juddlawfirm.com juddecf@gmail.com;juddkr71403@notify.bestcase.com |
| Rebecca A. Herr | |

| | |
|---|---|
| | ecf@ch13md.com |
| Robert W Lannan | on behalf of Creditor Tauqilla Manning robert.lannan@lannanlegal.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William C. Johnson, Jr. | on behalf of Debtor Marsha Ann Battee wcjjatty@yahoo.com  wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com |

TOTAL: 6