The order below is hereby signed.

Signed: August 21 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>**MARSHA ANN BATTEE,**<br><br>Debtor. | Case No. **26-00093-ELG**<br>Chapter 13 |

**ORDER CONFIRMING PLAN**

The Chapter 13 Plan ("Plan") at ECF 42 filed by the Marsha Ann Battee ("Debtor") on July 20, 2026, having been transmitted to all creditors; an Objection having been filed by Tauqilla Manning at ECF 44 on August 11, 2026; upon the recommendation of the Chapter 13 Trustee; and after a hearing on the merits having been concluded on August 20, 2026, the Court finds that the Plan meets each of the requirements of 11 U.S.C. § 1325(a).

It is, therefore, by the United States Bankruptcy Court for the District of Columbia, **ADJUDGED**, **ORDERED**, and **DECREED:**

1. The Debtor's plan is hereby **CONFIRMED**.

2. On December 24, 2025, and each month thereafter until further order of this Court, the Debtor shall pay to the Chapter 13 Trustee, Rebecca A. Herr via **TFS/WAGE WITHHOLDING/DIRECT PAYMENT** at P.O.Box 853, Memphis, TN 38101-0853 the sum of $600.00 per month for 18 months and then $4,525.31 per month for the remaining 42 months of the Plan, for a total of 60 months, or until all allowed claims are paid in full.

3. Debtor shall file all federal and state income tax returns on or before the due date, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

4. Debtor shall notify the Trustee and this Court in writing of any change in address

and/or employment/income source within ten (10) days of the change.

5. Debtor shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, whether unsecured or secured, except upon written notice and approval from the Trustee. Nothing herein shall prohibit the Debtor from filing a motion for Court approval indebtedness in any amount.

6. Special Provisions: Paragraph 2.5 of the plan is changed from $36,000.00 to the following: "The Total amount of estimated payments to the trustee provided for in Parts 2.1 and 2.4 and required to payoff all allowed general claims is $203,885.00."

I ASK FOR THIS:

/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:
*Debtor*
*Debtor's Attorney*
*Trustee*
*Recipients of electronic notice*

**END OF ORDER**

United States Bankruptcy Court
District of Columbia

In re:
Marsha Ann Battee
Debtor

Case No. 26-00093-ELG
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 21, 2026 | Form ID: pdf001 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marsha Ann Battee, 7150 12th St., NW, #610, Washington, DC 20012-1877 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | Tauqilla Manning, 912 Hays Road, Marshall, TX 75672-3914 |
| 810072 | | Black Nursing Excellence, LLC/Black N, 912 Hayes Road, Marshall, TX 75670 |
| 812447 | | Capital One Auto Finance, a division of Capital, One, N.A. c/o AIS Portfolio Services, LL, PO Box 661381, Dallas, TX 75266-1381 |
| 807207 | + | County of Santa Clara, Dept of Tax & Collections, c/o Valley Medical Center, 110 W Tasman Dr, San Jose, CA 95134-1700 |
| 810415 | + | District of Columbia, Office of Tax and Revenue, PO Boc 37559, Washington, DC 20013-7559 |
| 810355 | + | District of Columbia, Office of Tax and Revenue, PO Box 37559, Washington, DC 20013-7559 |
| 807215 | | Liebestrager GmbH, Am Blauen See 26, Konigswinter, 53639 Germany |
| 807221 | + | Stripe Servicing Inc, 354 Oyster Point Blvd, South San Francisco, CA 94080-1912 |
| 807223 | + | Tauqilla Manning, 912 Hayes Rd, Marshall, TX 75672-3914 |
| 807222 | | Tauqilla Manning, c/o D.M. Thomas Esq/Lana Manitta Esq, 1130 Fairfax Blvd., #200, Fairfax, VA 22030 |
| 807224 | + | The Hartley, Bozzute Property Management, 7150 12th St., NW, Washington, DC 20012-1780 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 21 2026 23:14:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 21 2026 23:10:24 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2026 23:14:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Aug 21 2026 23:10:33 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 21 2026 23:14:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 21 2026 23:14:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 807200 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 21 2026 23:14:00 | AT T Mobility, c/o Sunrise Credit Services Inc, 8 Corporate Center Dr, Ste 300, Melville, NY 11747-3193 |
| 809849 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 21 2026 23:25:51 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 807199 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 23:25:53 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 808502 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 23:25:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 807201 | + | Email/Text: bk@avant.com | Aug 21 2026 23:14:00 | Avant/Webbank, 222 Merchandise Mart Plz, Ste 900, Chicago, IL 60654-1105 |
| 807202 | + | Email/Text: payments@brsi.net | Aug 21 2026 23:14:00 | Business Revenue Systems Inc, c/o Community Radiology Assoc, 3030 Lake Ave., Ste 20, Fort Wayne, IN 46805-5428 |
| 807220 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 21 2026 23:14:00 | State of Maryland, Comptroller of Maryland, Compliance Division, Annapolis, MD 21411 |
| 807203 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 21 2026 23:25:52 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 807336 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 23:26:50 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 808056 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 23:26:50 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 807204 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 23:25:51 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 807205 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 21 2026 23:14:00 | Cb Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 807206 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 21 2026 23:14:00 | Comcast, c/o IC System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 807208 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2026 23:25:52 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 807209 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 21 2026 23:25:51 | Dept of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 807210 | + | Email/Text: mrdiscen@discover.com | Aug 21 2026 23:14:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 808780 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2026 23:14:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 807213 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 23:26:39 | JPMCB/Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 807826 | + | Email/Text: RASEBN@raslg.com | Aug 21 2026 23:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 807212 | + | Email/Text: lawfirmTX@RAUSCHSTURM.com | Aug 21 2026 23:14:00 | Jefferson Capital Systems LLC, c/o Rausch Stum LLP, 300 N Executive Dr., Ste 200, Brookfield, WI 53005-6034 |
| 807211 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2026 23:14:00 | Jefferson Capital Systems LLC, Dept 6419, PO Box 11407, Birmingham, AL 35246-6419 |
| 807214 | | Email/Text: customerservice.us@klarna.com | Aug 21 2026 23:14:00 | Klarna, 629 North High St., #300, Columbus, OH 43215 |
| 807345 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 23:26:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 808781 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2026 23:25:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 807216 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 21 2026 23:25:52 | Merrick Bank, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 807217 | | Email/Text: bankruptcy@oliphantfinancial.com | Aug 21 2026 23:14:00 | Oliphant USA LLC, PO Box 746411, Atlanta, GA 30374-6411 |
| 809793 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 23:25:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 809714 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 23:26:39 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 807218 | ^ | MEBN | Aug 21 2026 23:10:17 | Public Service Co of New Mexico, c/o Diversified Adjustments, 600 Coon Rapids Blvd., NW, Minneapolis, MN 55433-5549 |
| 807219 | ^ | MEBN | Aug 21 2026 23:10:40 | RRS Incorporated, 1530 Military Rd, Buffalo, NY 14217-1263 |
| 807225 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 21 2026 23:14:00 | Upstart Network Inc, PO Box 1503, San Carlos, CA 94070-7503 |
| 808113 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 21 2026 23:14:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 810076 | * | Black Nursing Excellence, LLC/Black N, 912 Hayes Road, Marshall, TX 75670 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Diana Margeaux Thomas | on behalf of Creditor Tauqilla Manning mthomas@thomaslawplc.com jgoodwin@thomaslawplc.com |
| Kevin D. Judd | on behalf of Debtor Marsha Ann Battee bkadmin@juddlawfirm.com juddecf@gmail.com;juddkr71403@notify.bestcase.com |
| Rebecca A. Herr | ecf@ch13md.com |

| | |
|---|---|
| Robert W Lannan | on behalf of Creditor Tauqilla Manning robert.lannan@lannanlegal.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William C. Johnson, Jr. | on behalf of Debtor Marsha Ann Battee wcjjatty@yahoo.com wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com |

TOTAL: 6