LOCAL OFFICIAL FORM 102

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| In re<br>**Marsha Ann Battee**,<br><br>Debtor(s) | Case No. 26-00093<br><br>Chapter 13 |

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a flat fee of | $ | **5,000.00** |
| Filing Fees | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **1,437.00** |
| Balance Due | $ | **3,563.00** |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify):

4 ☑ **I have agreed to share the above-disclosed compensation with Attorney William Johnson, my law partner at Judd, Bailey, Johnson and Singleton, PLLC. Attorney Johnson will receive 50% of the administrative fee due to debtor's counsel in the sum of $1,781.50 for discharging his litigation services for the debtor.**

☐

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
e. [Other provisions as needed]

**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**Notwithstanding any agreement to the contrary, supplemental fees may only be awarded by the Court if, after performing a review of Firm's detailed accounting, the Court determines that additional fees are warranted. This includes, without limitation, pursuant to Local Rules on Attorney Fees and Expenses:**

**Consult with the debtors and if there is a valid defense or explanation, respon to a motion for relief from the automaticstay;**

**Oversee the filing of all operating reports in Chapter 13 and any required in Chapter13;**

**Representation the debtors in connection with motions for dismissal or conserversion;**

**Timely review all filed proof of claim, and object to and file proof of claims as appropriate; and**

**Disclose any agreement and fee arrangement regarding the potential retention of co-counsel.**

**The Court may be likely to award additional fees for extraordinary additional work such as Firm's work on dischageability actions, adversary proceedings and heavily litigated matters that are not listed in Paragraph 5 above. Clients may context any fee that the Firm petitions the Court to award.**

**CERTIFICATION**

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: **August 25, 2026**

**/s/ Kevin D. Judd**
Signature of attorney
**Kevin D. Judd**
Name, Bar Number
**Law Firm of Kevin D. Judd**
Firm
**601 Pennsylvania Ave., NW**
**Suite 900 - South Bldg/**
**Washington, DC 20004**
Address
**(202) 483-6070**
Telephone
**kevin@juddlawfirm.com**
Email Address